No. 02-9971. MORE v. DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD, 538 U. S. 1063;

No. 02-10457. COOK v. GALAZA, WARDEN, ante, p. 828;

No. 02-10526. JAQUEZ v. OKLAHOMA, ante, p. 830;

No. 02-11176. IBRAHIM v. IBRAHIM ET AL., ante, p. 859;

No. 03-81. MASSEY v. BANK OF EDMONSON COUNTY AND DIRECTORS ET AL., ante, p. 876;

No. 03-550. MARTONE v. NEISWANGER ET AL., ante, p. 1089;

No. 03-610. ABE v. MICHIGAN STATE UNIVERSITY, ante, p. 1075;

No. 03-5012. GOSSARD v. JONES, ante, p. 883;

No. 03-5197. PANNELL v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON, ante, p. 894;

No. 03-5286. SINISTERRA v. UNITED STATES, ante, p. 1073;

No. 03-5308. SMITH v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ante, p. 901;

No. 03-5729. WATTS v. FEDERAL EXPRESS CORP. (two judgments), ante, p. 1006;

No. 03-5755. WARICK v. PARKER, WARDEN, ante, p. 954;

No. 03-5799. MILLER v. McDANIEL, WARDEN, ET AL., ante, p. 955;

No. 03-6132. FORSETH v. FARMON, WARDEN, ET AL., ante, p. 988;

No. 03-6234. MESTER v. LEWIS, WARDEN, ET AL., ante, p. 973;

No. 03-6354. IN RE JOHNSON, ante, p. 944;

No. 03-6499. METZENBAUM v. CITY OF MAYFIELD HEIGHTS, OHIO, ET AL., ante, p. 1053;

No. 03-6500. McWILLIAMS v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ante, p. 1053;

No. 03-6508. BALLARD v. PRICE, WARDEN, ante, p. 1053;

No. 03-6550. PATTERSON v. JENKINS, CHAIRMAN, VIRGINIA PAROLE BOARD, ET AL., ante, p. 1054;

No. 03-6566. LARA v. PENNSYLVANIA, ante, p. 1055;

No. 03-6625. WATSON v. JOB CORP. ET AL., ante, p. 1009;

No. 03-6645. REYNOLDS v. SMITH, WARDEN, ante, p. 1057;

No. 03-6678. McCOY v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY, ante, p. 1057;

No. 03-6729. LIVINGSTON v. ZIMMER, ante, p. 1059;

No. 03-6733. ALEXANDER v. UNITED STATES, ante, p. 1010;

No. 03-6740. DARNELL v. JOHNSON, SECRETARY OF THE NAVY, ante, p. 1023;

No. 03–6745. HENDRICKS *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, *ante,* p. 1076;

No. 03–6785. JONES *v.* SOUTHWEST FIDUCIARY, INC., ET AL., *ante,* p. 1078;

No. 03–6787. MORRIS *v.* UNITED STATES, *ante,* p. 1023;

No. 03–6828. HUNT *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL., *ante,* p. 1060;

No. 03–6846. LOOPER *v.* TENNESSEE, *ante,* p. 1060;

No. 03–6857. BELLE *v.* FLORIDA BAR, *ante,* p. 1079;

No. 03–6858. KUHN *v.* MILWAUKEE COUNTY, WISCONSIN, ET AL., *ante,* p. 1091;

No. 03–6859. LIGON ET UX. *v.* CHICAGO TITLE INSURANCE CO., *ante,* p. 1091;

No. 03–6864. PINEDA *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 1079;

No. 03–6913. IN RE BEASLEY, *ante,* p. 1002;

No. 03–6919. IN RE PARIS, *ante,* p. 1016;

No. 03–6934. O'CONNOR *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante,* p. 1061;

No. 03–6935. O'CONNOR *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante,* p. 1061;

No. 03–6959. HUFF *v.* VIRGINIA, *ante,* p. 1061;

No. 03–6991. LAMAR *v.* GRAVES, WARDEN, *ante,* p. 1080;

No. 03–7007. ROMERO-LEWIS *v.* UNITED STATES, *ante,* p. 1062;

No. 03–7040. HADDEN *v.* UNITED STATES, *ante,* p. 1063;

No. 03–7090. SHIVAEE *v.* CUBE, *ante,* p. 1064;

No. 03–7120. BURNES *v.* UNITED STATES, *ante,* p. 1076;

No. 03–7187. O'CONNOR *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante,* p. 1061;

No. 03–7190. TARANTOLA *v.* UNITED STATES, *ante,* p. 1066;

No. 03–7278. BROWN *v.* UNITED STATES, *ante,* p. 1068;

No. 03–7280. METCALF *v.* UNITED STATES, *ante,* p. 1085;

No. 03–7303. BONDURANT *v.* UNITED STATES, *ante,* p. 1083;

No. 03–7340. WHITEHEAD *v.* SWYGERT ET AL., *ante,* p. 1124;

No. 03–7398. JEFFERSON *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 1125;

No. 03–7429. PRINCE *v.* UNITED STATES, *ante,* p. 1094; and

No. 03–7433. LOGAN *v.* UNITED STATES, *ante,* p. 1094. Petitions for rehearing denied.